DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRENCE ANTONIO TUMBLIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2791

[March 31, 2022]

Appeal from order denying rule 3.850 motion in the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 562012CF001122B.

Terrence Antonio Tumblin, Jasper, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***